THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
ASHEVILLE DIVISION
CRIMINAL CASE NO. 1:20-cr-00065-MR-WCM

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| vs. | ) | **O R D E R** |
| | ) | |
| SONYA RENEE FAIR, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

**THIS MATTER** is before the Court on the Defendant's filing, which the Court construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2). [Doc. 33].

By the present filing, the Defendant appears to be seeking a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2), which allows the Court to reduce or modify a sentence when a defendant was sentenced to a term of imprisonment based upon a sentencing range that was subsequently lowered and made retroactive by the United States Sentencing Commission. See 18 U.S.C. § 3582(c)(2). The Defendant's filing, however, is simply a standard AO form order with a box checked indicating that the order is "upon motion of the defendant." [Doc. 33 at 1]. The Defendant does not state any grounds for the relief sought. Particularly, she does not identify the

amendment to the United States Sentencing Guidelines under which she seeks relief. Thus, to the extent that the Defendant intends to seek a reduction of her sentence pursuant to 18 U.S.C. § 3582(c)(2), her motion is denied without prejudice.

**IT IS, THEREFORE, ORDERED** that the Defendant's filing, which the Court construes as a motion for a sentence reduction pursuant to 18 U.S.C. § 3582(c)(2) [Doc. 33] is **DENIED WITHOUT PREJUDICE**.

**IT IS SO ORDERED.**

Signed: January 29, 2024

Martin Reidinger
Chief United States District Judge